# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE ORDAZ-CASTELLANO,<br><br>    Defendant. | CASE NO. 12CR4581-MMA<br><br>JUDGMENT OF DISMISSAL |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_\_\_ of the offense(s) as charged in the Indictment/Information:

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/5/2012

Michael M. Anello
U.S. District Judge